## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Case No. 3:22-00327-8** |
| | ) | **Magistrate Judge Frensley** |
| EVA EDL | ) | |
| DEFENDANT | ) | |

### NOTICE OF FILING OF DEFENDANT EVA EDL

Comes now the defendant, Eva Edl, by and through her counsel of record, David

R. Heroux, and herein provides the Court the attached Exhibit List (Attachment 1) and

Witness List (Attachment 2).

s: / **David R, Heroux**

**DAVID R. HEROUX**
Haymaker & Heroux, P.C.
545 Mainstream Drive
Suite 420
Nashville, TN 37228
(615) 250-0050
heroux@tennesseedefense.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing "DEFENDANT EVA EDL'S REPOSONSE TO THE GOVERNMENT'S TRIAL BRIEF" was filed electronically and served on the following by the EF/CME electronic filing system:

This the 26th day of March 2024.

S:/      David R. Heroux

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing "SPEEDY TRIAL WAIVER" has been filed with the clerk by using the CM/ECF system which will send a Notice of Electronic Filing to the litigants in this matter.

This the 26th day of March, 2024.

S/: David R. Heroux
David R. Heroux