UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:22-cr-00327 |
| v. | ) | Judge Trauger |
| | ) | |
| CHESTER GALLAGHER, ET AL. | ) | |

## NOTICE OF OTHER PROSECUTIONS

COMES NOW the United States of America, by and through undersigned counsel, and files this Notice in response to the Court's Order of June 28, 2024, directing the Government to provide details of other prosecutions, pending and completed, against the six defendants set for sentencing before this Court (D.E. 636). Defendants Dennis Green, Paul Vaughn, and Coleman Boyd are not being prosecuted by the Government in other matters. Defendants Chester Gallagher, Calvin Zastrow, and Heather Idoni are being prosecuted by the Government in other matters, as follows:

| Defendant | Other Matter(s) | Status |
|---|---|---|
| Chester Gallagher | *United States v. Zastrow, et al.*, 2:23-cr-20100 (E.D. Mich.) | Jury trial scheduled to begin August 6, 2024. |
| Calvin Zastrow | *United States v. Zastrow, et al.*, 2:23-cr-20100 (E.D. Mich.) | Jury trial scheduled to begin August 6, 2024. |
| Heather Idoni | *United States v. Handy, et al.*, 1:22-cr-00096 (D.D.C.) | Convicted. Sentenced on May 22, 2024, as follows:<br><br>*Count One (18 U.S.C. § 241)*: 24 months of incarceration, 36 months of supervised release, $100 special assessment. |

1

| | | *Count Two (18 U.S.C. § 248)*: 12 months of incarceration, 12 months of supervised release, both to run concurrent to the sentence imposed on Count One, $25 special assessment. |
|---|---|---|
| | *United States v. Zastrow, et al.*, 2:23-cr-20100 (E.D. Mich.) | Jury trial scheduled to begin August 6, 2024. |

In addition, the Justice Department has a civil lawsuit, brought under 18 U.S.C. § 248, pending against Mr. Gallagher and Mr. Zastrow in the Middle District of Florida – *United States v. Zastrow, et al.*, 2:24-cv-00576. This litigation just commenced on June 20, 2024, and no trial date has been set.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

*/s/Nani Gilkerson*
NANI GILKERSON
Assistant United States Attorney
791 Church St, Suite 3300
Nashville, Tennessee 37203
Phone: 615-401-6624

KRISTEN M. CLARKE
Assistant Attorney General
Civil Rights Division

*/s/Kyle Boynton*
KYLE BOYNTON
Trial Attorney
950 Pennsylvania Ave. NW
Washington, DC 20530
Phone: 202-598-0449
Kyle.Boynton@usdoj.gov

2

*/s/Wilfred T. Beaye, Jr.*
WILFRED T. BEAYE, JR.
Trial Attorney
950 Pennsylvania Ave. NW
Washington, DC 20530
Phone: 771-333-1681
Wilfred.Beaye@usdoj.gov

# CERTIFICATE OF SERVICE

  I certify that a true and correct copy of the foregoing will be served electronically to counsel for the defendants, via the Court's Electronic Case Filing System, on July 2, 2024.

                */s/ Kyle Boynton*
                KYLE BOYNTON
                Trial Attorney